UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


JOHNNY LEE LEWIS           ]
     Petitioner,            ]
                            ]
v.                          ]     No. 2:11-0049
                            ]     Judge Trauger
DAVID MILLS, WARDEN         ]
     Respondent.            ]


**O R D E R**

On February 9, 2012, an order (Docket Entry No.32) was entered dismissing the instant § 2254 habeas corpus action. Rule 8(a), Rules - - § 2254 Cases.

Since the entry of this order, the petitioner has filed a Notice of Appeal (Docket Entry No.36), an application for a certificate of appealability (Docket Entry No.37), and an application to proceed on appeal in forma pauperis (Docket Entry No.38).

The petitioner has cited three claims for review on appeal. However, jurists of reason would not find that these claims were dismissed in error. Accordingly, petitioner's application for a certificate of appealability is hereby DENIED.

Having denied petitioner's request for a certificate of appealability, the Court certifies that the appeal is not being taken in good faith. Therefore, petitioner's application to proceed

on appeal in forma pauperis is also DENIED. 28 U.S.C. § 1915(a)(3).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge